IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNILOC USA, INC.; AND UNILOC LUXEMBOURG S.A., <br><br> V. <br><br> DREAMSTIME.COM, LLC | Civil Action No. 6:12-cv-424 (LED) <br><br> JURY TRIAL DEMANDED |

## **PLAINTIFFS' ANSWER TO DREAMSTIME.COM, LLC'S COUNTERCLAIMS**

Plaintiffs UNILOC USA, INC. and UNILOC LUXEMBOURG S.A. (collectively "UNILOC") answer the counterclaims (Dkt. No. 10) of Dreamstime.com, LLC ("Dreamstime"), by corresponding paragraph number, as follows:

### **JURSIDICTION AND VENUE**

1. Admitted that there is a legal case or controversy for purposes of subject matter jurisdiction over counterclaims. Denied as to merits of counterclaims.

2. Admitted.

3. Admitted.

### **THE PARTIES**

4. Admitted.

5. Admitted.

6. Admitted that Uniloc Luxembourg S.A. is a Luxembourg public limited liability company with principal offices at 15, Rue Edward Steichen, L-2540 Luxembourg (R.C.S. Luxembourg B159161).

7. Admitted.

## FACTS

8. Admitted that Uniloc Luxembourg S.A. is the owner of, and that Uniloc USA, Inc. is the exclusive licensee of, the '849 patent.

9. Admitted.

10. Denied.

## COUNT I

*Declaratory Judgment of*
*Patent Invalidity*

11. UNILOCS's answers to paragraphs 1-10 are incorporated herein.

12. Denied.

13. Denied.

14. Denied.

15. Admitted that Dreamstime seeks declaratory relief. Denied as to merits.

## COUNT II

*Declaratory Judgment of*
*Non-Infringement Under 35 U.S.C. §271(a)-(c)*

16. UNILOCS's answers to paragraphs 1-15 are incorporated herein.

17. Denied.

18. Denied.

19. Denied.

## COUNT III

*Attorneys' Fees and Costs*

20. UNILOCS's answers to paragraphs 1-19 are incorporated herein.

21. Denied.

## PRAYER FOR RELIEF

a-g. To the extent necessary, UNILOC denies that Dreamstime is entitled to the relief requested in its prayer for relief. UNILOC denies this is an exceptional case from the perspective of Dreamstime being entitled to any such finding. UNILOC admits that this is an exceptional case from the perspective of UNILOC obtaining such a finding against Dreamstime. In addition, to the extent necessary, UNILOC generally denies any allegation in the counterclaim not specifically admitted above, and UNILOC re-alleges infringement, enforceability, validity and damages, and denies any allegations in the counterclaims adverse to same.

### PRAYER FOR RELIEF

WHEREFORE, UNILOC respectfully requests that this Court enter judgment denying and dismissing Dreamstime's counterclaims, and that the Court enter judgment in favor of UNILOC as requested in UNILOC's complaint, as amended or supplemented.

September 25, 2012                                            Respectfully submitted,

/s/ *Andrew P. Tower*
Andrew P. Tower – LEAD COUNSEL
Texas Bar No. 786291
Michael J. Collins
Texas Bar No. 4614510
Johnathan K. Yazdani
Texas Bar No. 24079616
COLLINS, EDMONDS, POGORZELSKI,
SCHLATHER & TOWER, PLLC
1616 S. Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
atower@cepiplaw.com
mcollins@cepiplaw.com

jyazdani@cepiplaw.com

James Etheridge
Texas Bar No. 24059147
ETHERIDGE LAW GROUP, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, Texas 76092
Telephone: (817) 470-7249
Facsimile: (817) 887-5950
Jim@EtheridgeLaw.com

Wesley Hill
Texas State Bar No. 24032294
WARD & SMITH LAW FIRM
1127 Judson Road, Suite 220
Longview, Texas 75601
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
wh@wsfirm.com

ATTORNEYS FOR PLAINTIFFS
UNILOC USA, INC. and UNILOC
LUXEMBOURG S.A.

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

September 25, 2012  /s/ *Andrew P. Tower*
Andrew P. Tower