IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNILOC USA, INC., ET AL.<br><br>v.<br><br>INMAGINE CORPORATION LLC, ET. AL. | CASE NO. 6:12-cv-93-LED<br>(consolidated case)<br><br>JURY |
| UNILOC USA, INC., ET AL.<br><br>v.<br><br>DREAMSTIME.COM, LLC | CASE NO. 6:12-cv-424-LED<br><br>JURY |

**ORDER GRANTING JOINT MOTION TO DISMISS DREAMSTIME PARTIES PURSUANT TO SETTLEMENT AGREEMENT**

Pursuant to the Joint Motion to Dismiss filed by Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg S.A. (collectively "Plaintiffs") and Defendant Dreamstime.com, LLC d/b/a Dreamstime, LLC d/b/a Dreamstime (collectively "Dreamstime Parties"), and for good cause appearing therefore;

IT IS HEREBY ORDERED that all claims, counterclaims and causes of action asserted between Plaintiffs and the Dreamstime Parties in the above-referenced actions are hereby DISMISSED with prejudice to re-filing same.

It is further ORDERED that this Court shall retain jurisdiction to enforce the settlement agreement, and each party shall bear its own costs and fees, including attorneys' fees.

**So ORDERED and SIGNED this 25th day of July, 2013.**

LEONARD DAVIS
UNITED STATES DISTRICT JUDGE